# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCORD, INC.<br><br>    Defendant. | CIVIL ACTION NO. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Buffalo Patents, LLC ("Buffalo Patents" or "Plaintiff") files this original complaint against Defendant Discord, Inc. ("Discord" or "Defendant"), alleging, based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows:

## PARTIES

1. Buffalo Patents is a limited liability company formed under the laws of the State of Texas, with its principal place of business at 1200 Silver Hill Dr., Austin, Texas, 78746.

2. Defendant Discord, Inc. is a corporation organized and existing under the laws of the State of Delaware. Discord, Inc. may be served with process through its registered agent, The Corporation Trust Company, at Corporation Trust Center, 1209 Orange St., Wilmington, Delaware, 19801.

3. Discord, Inc. offers a social platform (the Discord platform) where people can engage with different communities or groups. In particular, the Discord platform serves as a message board that allows user to communicate through text, audio, and video chat. The company describes its platform as "a voice, video and text communication service used by over a

hundred million people to hang out and talk with their friends and communities."[1]  The Discord platform can be accessed by downloading the program onto phones, PCs, tablets, etc., or by accessing its website (discord.com) through the web browser.  The Discord platform has about 150 million monthly active users worldwide with about 19 million active servers per week.[2]

## JURISDICTION AND VENUE

4.	This is an action for infringement of United States patents arising under 35 U.S.C. §§ 271, 281, and 284–85, among others.  This Court has subject matter jurisdiction of the action under 28 U.S.C. § 1331 and § 1338(a).

5.	This Court has personal jurisdiction over Discord because it is organized under the laws of Delaware.

6.	Venue is proper in this district as to Discord under 28 U.S.C. § 1400(b).  Discord is incorporated in the State of Delaware, so it resides in this district.

## BACKGROUND

7.	The patent-in-suit generally relates to an improved method and system of managing conference calls.  The patented technology allows communities of individuals to initiate, join, and participate in conference calls.  In particular, members of a community (even unknown to one another) can meet and collaborate in a freeform and unscheduled way, and yet "retain collective and individual degrees of organizational control," such as through providing conference call data, designation of users as "speakers," limiting the time a user is permitted to speak, etc.

---

[1] *See* https://discord.com/company.

[2] *Id.*

8. The technology disclosed by the patent-in-suit was developed by award-winning software developers, known especially for game and graphic design. Since the 1980s, Jordan Weisman has worked on and created interactive entertainment software, including a plethora of role-playing and alternative reality games. Mr. Weisman has earned more than 100 awards throughout his career and, in 2003, he was selected as the Pacific Northwest Entrepreneur of the Year by Ernst & Young. Elan Lee is best known as a designer of computer games, and has had extensive experience with creating interactive programming for audiences. He has also won much acclaim, including multiple industry awards for design and innovation. Bill Redmann is an engineer who has worked on creating virtual reality technologies, including the design of interactive technologies, since the 1980s. Mr. Redmann is a named inventor on over 70 patents.

9. The invention disclosed in the patent-in-suit has been cited during patent prosecution nearly 300 times and multiple times by electronics companies, including Alcatel-Lucent, Amazon, Apple, AT&T, Avaya, Blackberry, Canon, Cisco, Dolby, Ericsson, Fujitsu, Google, IBM, Hewlett-Packard, Infineon, Intel, Lenovo, LG Electronics, Microsoft, Motorola Solutions, Nokia, Nortel Networks, Palm, Panasonic, Qualcomm, Samsung, Sharp Labs, Siemens, Sony, Sprint, T-Mobile, Verizon, and Vodafone.

## COUNT I

## DIRECT INFRINGEMENT OF U.S. PATENT NO. 6,839,417

10. On January 4, 2005, United States Patent No. 6,839,417 ("the '417 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Method and Apparatus for Improved Conference Call Management." A true and correct copy of the '417 Patent is attached as Exhibit A.

11.     Buffalo Patents is the owner of the '417 Patent, with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '417 Patent against infringers, and to collect damages for all relevant times.

12.     Discord made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems including, for example, its Discord social platform and other products and/or services that provide users the ability to participate in a conference call with other users, wherein at least one user's volume is selectably increased over other users' volume ("accused products"):



**Source**: https://discord.com/

13.     By doing so, Discord has directly infringed (literally and/or under the doctrine of equivalents) at least Claim 27 of the '417 Patent.  Discord's infringement in this regard is ongoing.

14.     The Discord platform is an exemplary accused product.

15. Discord has infringed the '417 Patent by using the accused products and thereby practicing a method for conducting a conference call having a plurality of participants.

16. For example, the Discord social platform allows users to communicate with each other using text and voice channels. The channels are available as part of servers, which make up a community of users. Each user in a server can choose to join a voice channel by clicking on the name of that voice channel. When a voice channel is active ("conducting a conference call"), it allows multiple users to join and interact by talking to each other.

> Discord first launched in 2015 as a means for people to easily communicate while playing PC games together. The service allows users to create servers, which can consist of a variety of text and voice channels. A typical server might have dedicated chat rooms for specific topics

**Source:** https://us.cnn.com/2021/01/28/cnn-underscored/discord-app/index.html

> **WHAT IS A SERVER?**
> Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

**Source:** https://support.discord.com/hc/en-us/articles/360045138571-Beginner-s-Guide-to-Discord



**Source:** https://support.discord.com/hc/en-us/articles/360045138571-Beginner-s-Guide-to-Discord

### Voice Channels

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

**Source:** https://support.discord.com/hc/en-us/articles/360045138571-Beginner-s-Guide-to-Discord



**Source:** https://support.discord.com/hc/en-us/articles/360045138571-Beginner-s-Guide-to-Discord

17. The method practiced using the accused products includes the step of each participant selectably requesting designation as the current speaker.

18. For example, the Discord platform provides voice channels where users can communicate with each other using audio. The voice channels include a feature or privilege called "Priority Speaker" that allows a user to have a louder than normal voice. The Priority Speaker role is associated with a "keybind" that is available at a user's end. A user can request that the Discord platform grant them the Priority Speaker privilege or role ("designation as the current speaker") by pressing and holding the keybind.

7

> **Priority Speaker** privileges can be assigned to a role and assigned to users by anyone with a Manage Roles permission. These roles can be given out on either the server level or the channel level.

**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

> Since Priority Speaker requires you to use Push to Talk, this means you'll also need to set up a keybind for this feature to activate.
>
> Go into **User Settings > Keybind** & click on **Add a Keybind**. Under *Action* select **Push to Talk (Priority)** & select a keybind.

**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker



**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker



**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

19.     The method practiced using the accused products includes the step of designating at least one of the requesting participants as the current speaker.

20.     For example, the Discord platform provides voice channels where users can communicate with each other using audio.  A user can request that the Discord platform grant them the Priority Speaker privilege or role in a voice channel by applying the push-to-talk (Priority) keybind.  When the user presses and holds down the keybind, the Discord platform grants ("designates") the user the Priority Speaker role ("as the current speaker") in which the user's voice has priority.  Multiple users ("at least one of the requesting participants") with this privilege can choose to press and hold down the keybind so that they can be granted the priority speaker role.

> Since Priority Speaker requires you to use Push to Talk, this means you'll also need to set up a keybind for this feature to activate.
>
> Go into **User Settings > Keybind** & click on **Add a Keybind**. Under *Action* select **Push to Talk (Priority)** & select a keybind.

**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

9

> Note:
> - Priority Speaker only works when using **Push to Talk** as the input mode.
> - Priority Speaker does not work when using Voice Activity.

**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

> If you want to set multiple push-to-talk keys, select the "Keybinds" tab on the left side of the Settings menu. Open the drop-down menu under "Action" and select either "Push to Talk (Normal)" or "Push to Talk (Priority)." The latter mode will lower the volume of other speakers while you're pressing the push-to-talk key (unless they have also enabled this setting).

**Source:** https://www.howtogeek.com/662101/how-to-enable-push-to-talk-in-discord/



**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker



**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

21. The method practiced using the accused products includes the step of providing to each non-designated participant a processed aggregation of the voices of all of the other participants, the processed aggregation having a greater portion of the voice of the current speaker.

22. For example, a user can request that the Discord platform grant them the Priority Speaker privilege or role in a voice channel by applying the push-to-talk (Priority) keybind. When a user presses and holds down the keybind (so that they can be a Priority Speaker), the volume of other users who are not priority speakers is lowered. These other users hear a collection of voices ("providing to each non-designated participant a processed aggregation") wherein the Priority Speaker's voice has greater weight or volume ("having a greater portion of the voice of the current speaker") than the voices of those other users (e.g., those other voices have a lower weight or volume).

23. As an example, Users A and B are talking on a voice channel on the Discord platform and both have been granted Priority Speaker privilege. User C, who is also on the voice channel, requests to be a Priority Speaker. Under one scenario, Users A and B are no longer designated Priority Speakers, while User C is granted the Priority Speaker privilege. From User A's perspective, User B's volume will be lowered compared to User C's volume.



**Source:** https://youtu.be/Rm9o5jbmaBU?t=72

**Priority Speaker**: While users with this permission are talking in a voice channel, the volume of other users will be lowered.

**Source:** https://discord.com/moderation/1500000176222-201:-Permissions-on-Discord

If you want to set multiple push-to-talk keys, select the "Keybinds" tab on the left side of the Settings menu. Open the drop-down menu under "Action" and select either "Push to Talk (Normal)" or "Push to Talk (Priority)." The latter mode will lower the volume of other speakers while you're pressing the push-to-talk key (unless they have also enabled this setting).

**Source:** https://www.howtogeek.com/662101/how-to-enable-push-to-talk-in-discord/



**Source:** https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

24.     Discord has directly infringed at least through its use of the accused products through its own testing of the accused products, and through joint infringement with its affiliates, with its subsidiaries, with its business partners, with other agents of Discord, and/or with its customers and end-users, at least using the claimed method.  Such acts of infringement include directing or controlling other persons to engage in conduct satisfying one or more elements of the asserted claims, deriving a financial or other benefit from doing so.  Discord's direction or control of its affiliates and end-users includes regularly contracting with those affiliates and end-users.  Also, as explained further below, Discord took active steps and advised or directed customers and end-users to use the accused products in an infringing manner.  *See, e.g.*, *supra* ¶¶ 18, 20, 23.

25.     Discord has had knowledge of the '417 Patent at least as of the date when it was notified of the filing of this action, and as early as February 2, 2022, when Discord received a letter from Buffalo notifying it of the '417 Patent.

26.     Buffalo Patents has been damaged as a result of the infringing conduct by Discord alleged above.  Thus, Discord is liable to Buffalo Patents in an amount that adequately

compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

27. Buffalo Patents has neither made nor sold unmarked articles that practice the '417 Patent, and is entitled to collect pre-filing damages for the full period allowed by law for infringement of the '417 Patent.

### ADDITIONAL ALLEGATIONS REGARDING INFRINGEMENT

28. Discord has also indirectly infringed the '417 Patent by inducing others to directly infringe the '417 Patent.

29. Discord has induced the end users and/or Discord's customers to directly infringe (literally and/or under the doctrine of equivalents) the '417 Patent by using the accused products.

30. Discord took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the accused products in a manner that infringes one or more claims of the '417 Patent, including, for example, Claim 27 of the '417 Patent.

31. Such steps by Discord included, among other things, advising or directing customers, end users, and others to use the accused products in an infringing manner; advertising and promoting the use of the accused products in an infringing manner; and/or distributing instructions that guide users to use the accused products in an infringing manner. Examples of the steps Discord has taken include the following:[3]

---

[3] *See also supra* ¶¶ 18, 20, 23.



Source: https://discord.com/



Source: https://support.discord.com/hc/en-us/articles/360011876531-Setting-up-Priority-Speaker

32. Discord performed these steps, which constitute joint and/or induced infringement, with the knowledge of the '417 Patent and with the knowledge that the induced acts constitute infringement.

15

33. Discord was and is aware that the normal and customary use of the accused products by Discord's customers would infringe the '417 Patent. Discord's inducement is ongoing.

34. Discord has also indirectly infringed by contributing to the infringement of the '417 Patent. Discord has contributed to the direct infringement of the '417 Patent by the end user of the accused products.

35. The accused products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe the '417 Patent, including, for example, Claim 27 of the '417 Patent.

36. The special features include, for example, hardware and/or software features that allow a user to selectably request and obtain a designation, wherein other users who have not been designated receive a processed aggregation of voices, used in a manner that infringes the '417 Patent.

37. These special features constitute a material part of the invention of one or more of the claims of the '417 Patent, and are not staple articles of commerce suitable for substantial non-infringing use.

38. Discord's contributory infringement is ongoing.

39. Discord has had actual knowledge of the '417 Patent at least as of the date when it was notified of the filing of this action, and as early as February 2, 2022, when Discord received a letter notifying it of the '417 Patent. Since at least that time, Discord has known the scope of the claims of the '417 Patent, the products that practice the '417 Patent, and that Buffalo Patents is the owner of the '417 Patent.

40. By the time of trial, Discord will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '417 Patent.

41. Discord's customers have infringed the '417 Patent. Discord encouraged its customers' infringement.

42. Discord's direct and indirect infringement of the '417 Patent has been, and/or continues to be willful, intentional, deliberate, and/or in conscious disregard of Buffalo Patents' rights under the patent-in-suit.

43. Buffalo Patents has been damaged as a result of Discord's infringing conduct alleged above. Thus, Discord is liable to Buffalo Patents in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

Buffalo Patents hereby requests a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

Buffalo Patents requests that the Court find in its favor and against Discord, and that the Court grant Buffalo Patents the following relief:

a. Judgment that one or more claims of the '417 Patent have been infringed, either literally and/or under the doctrine of equivalents, by Discord and/or all others acting in concert therewith;

b. A permanent injunction enjoining Discord and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert therewith from infringement of the '417 Patent; or, in the alternative, an award of a reasonable ongoing royalty for future infringement of the '417 Patent by such entities;

      c.      Judgment that Discord account for and pay to Buffalo Patents all damages to and costs incurred by Buffalo Patents because of Discord's infringing activities and other conduct complained of herein, including an award of all increased damages to which Buffalo Patents is entitled under 35 U.S.C. § 284;

      d.      That Buffalo Patents be granted pre-judgment and post-judgment interest on the damages caused by Discord's infringing activities and other conduct complained of herein;

      e.      That this Court declare this an exceptional case and award Buffalo Patents its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; and

      f.      That Buffalo Patents be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: October 11, 2022

Of Counsel:

Matthew J. Antonelli
Zachariah S. Harrington
Larry D. Thompson, Jr.
Christopher Ryan Pinckney
Rehan M. Safiullah
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
ryan@ahtlawfirm.com
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Buffalo Patents, LLC*