AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

|  |  |
|---|---|
| Buffalo Patents, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Discord, Inc. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Discord, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

Date:  10/11/2022

## AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-01332-UNA | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>7790638 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Buffalo Patents, LLC | | Defendant / Respondent:<br>Discord, Inc. | |
| Received by:<br>DLS Discovery | | For:<br>Farnan LLP | |
| To be served upon:<br>Discord, Inc. c/o The Corporation Trust Company | | | |

I, Steve Mitchell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Robin Huttbanks, 1209 N Orange St, Wilmington, DE 19801
**Manner of Service:** Registered Agent, Oct 12, 2022, 11:14 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 12, 2022, 11:14 am EDT at 1209 N Orange St, Wilmington, DE 19801 received by Robin Huttbanks.

_____   Oct 12, 2022
Steve Mitchell              Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public
Oct 12, 2022
Date                Commission Expires

[Notary Seal: JEFFREY A. LOW, MY COMMISSION EXPIRES JULY 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]