**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISCORD, INC.<br><br>　　Defendant. | C.A. No. 22-cv-1332-UNA<br><br>**JURY TRIAL DEMANDED** |
| BUFFALO PATENTS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LOGMEIN, INC., GOTO GROUP, INC., and GOTO TECHNOLOGIES USA, INC. F/K/A LOGMEIN USA, INC.<br><br>　　Defendants. | C.A. No. 22-cv-1333-UNA<br><br>**JURY TRIAL DEMANDED** |
| BUFFALO PATENTS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RINGCENTRAL, INC.<br><br>　　Defendant. | C.A. No. 22-cv-1334-UNA<br><br>**JURY TRIAL DEMANDED** |
| BUFFALO PATENTS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SPOTIFY TECHNOLOGY S.A., SPOTIFY AB, and SPOTIFY USA INC.<br><br>　　Defendants. | C.A. No. 22-cv-1335-UNA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Buffalo Patents, LLC ("Buffalo Patents") is a Texas limited-liability company. Buffalo Patents has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: October 14, 2022

Of Counsel:

Matthew J. Antonelli
Zachariah S. Harrington
Larry D. Thompson, Jr.
Christopher Ryan Pinckney
Rehan M. Safiullah
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
ryan@ahtlawfirm.com
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Buffalo Patents, LLC*