# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DISCORD, INC.,<br><br>    Defendant. | C.A. No. 22-cv-1332-MN |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, at the request of Defendant Discord, Inc., ("Discord"), hereby moves to extend the deadline for Discord to answer, move or otherwise respond to the complaint to December 2, 2022. Discord has not yet retained local counsel and, therefore, requested that Plaintiff file this motion. Plaintiff does not oppose the extension sought by Discord.

Dated: November 1, 2022

Of Counsel:

Matthew J. Antonelli
Zachariah S. Harrington
Larry D. Thompson, Jr.
Christopher Ryan Pinckney
Rehan M. Safiullah
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
ryan@ahtlawfirm.com
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Buffalo Patents, LLC*