## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BUFFALO PATENTS, LLC,

        Plaintiff,

     v.                                   C.A. No. 22-cv-1332-MN

DISCORD, INC.,

        Defendant.

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2022, the Court having the

Unopposed Motion to Extend Time to Respond to Complaint (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
The Honorable Maryellen Noreika