IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISCORD, INC.<br><br>  Defendant. | CIVIL ACTION NO. 22-cv-1332-MN<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff Buffalo Patents, LLC ("Buffalo Patents") hereby submits this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully shows the Court as follows:

1. Buffalo and Defendant Discord, Inc. ("Discord") have reached a settlement in principle resolving all matters in controversy between Buffalo and Discord in the above-referenced action and are in the process of finalizing the settlement.

2. Accordingly, Buffalo submits that the Court's resources would best be served by a stay of all unreached deadlines for a period of thirty (30) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

3. Buffalo requests this stay, not for purpose of delay, but that the parties might finalize and file dismissal papers without incurring additional expense.

4. Buffalo has conferred with counsel for Discord, and they have indicated that they do not oppose this motion.

WHEREFORE, Buffalo requests that the Court grant this Motion and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |

<div style="float:left">

Matthew J. Antonelli
Zachariah S. Harrington
Larry D. Thompson, Jr.
Christopher Ryan Pinckney
Rehan M. Safiullah
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
ryan@ahtlawfirm.com
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

</div>

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Buffalo Patents, LLC*

2