# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUFFALO PATENTS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>DISCORD, INC.<br><br>   Defendant. | CIVIL ACTION NO. 22-cv-1332-MN<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this _____ day of _____, 2022, the Court having the Unopposed Motion to Stay all Deadlines and Notice of Settlement between Plaintiff Buffalo Patents, LLC ("Buffalo Patents") and Defendant Discord, Inc. ("Discord"), the Court finds that good cause has been established and the Motion should be granted;

IT IS HEREBY ORDERED that all proceedings and deadlines in this case between Buffalo Patents and Discord be stayed for thirty (30) days.

_____
The Honorable Maryellen Noreika